UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Clinton Parks, Individually,

    Plaintiff,

vs.                              CASE NO.: 8:20-cv-00085-T-24JSS

West Central Florida Oil Company,
A Florida Corporation, d/b/a Pappas Plaza

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO FILE RESPONSE**

COMES NOW, Defendant, West Central Florida Oil Company d/b/a Pappas Plaza, by and through its undersigned counsel, pursuant to Rule 6(b), Fed. R. Civ. P., and respectfully moves this honorable Court to grant a fourteen (14) day extension of time to file a response to Plaintiff's Complaint. As grounds therefore, Defendant states:

1.    The parties are attempting to resolve this matter without further litigation.

2.    The granting of this Motion will cause no delay in the trial of this matter in any way.

3.    The undersigned verifies that this Motion is not being made solely for the purposes of delay.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting an additional fourteen (14) days, through and including February 24th, 2020, within which to file a response to Plaintiff's Complaint.

LOCAL RULE 3.1(g) CERTIFICATION OF COMPLIANCE

Pursuant to Local Rule 3.01(g), M.D., Fla., undersigned counsel certifies that she has conferred with counsel for Plaintiff, Christine N. Failey, in an effort to resolve the issues raised by this Motion, and Plaintiff's counsel indicates she has no objection to the relief requested herein.

Respectfully submitted,

/s/Rose Shabo Alberre
ROSE SHABO ALBERRE, ESQ.
Florida Bar No. 0598631
J. Riley Williams PLC
2141 Park Street
Jacksonville, FL 32204
Office: 904-425-0040
Fax: 904-425-0028
Email: rose@jriley-law.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Christine N. Failey, Esq.

/s/Rose Shabo Alberre
ROSE SHABO ALBERRE, ESQ.